UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                Case No.  05-cr-177-01-SM

<u>Augustin Damian</u>

<u>O R D E R</u>

Defendant Damian's motion to continue the final pretrial conference and trial is granted (document 11). Defendant Damian has filed a waiver of speedy trial. Trial has been rescheduled for the April 2006 trial period.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  March 23, 2006 at 4:30 p.m.

**Jury Selection**:  April 4, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

February 1, 2006

cc: James Gleason, Esq.
    Robert Kinsella, AUSA
    US Probation
    US Marshal