UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                                        Case No.  05-cr-177-01-SM

Augustin Damian

## O R D E R

Defendant Damian's motion to continue the final pretrial conference and trial is granted (document 14). Defendant Damian shall file a waiver of speedy trial rights not later than April 4, 2006. On the filing of such waiver, his continuance shall be effective. Trial has been rescheduled for the May 2006 trial period.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** April 20, 2006 at 3:00 p.m.

**Jury Selection**: May 2, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

March    28, 2006

cc:   James Gleason, Esq.
      Robert Kinsella, AUSA
      US Probation
      US Marshal